IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVER WILLIAMS, )
          Plaintiff, )
  vs. )
STATE OF CALIFORNIA, et al., )
          Defendant(s). )

No. C 05-04554 JW (PR)

ORDER OF TRANSFER

This is an action filed in pro se by a prisoner incarcerated at the California Medical Facility ("CMF") in Vacaville, California. Plaintiff complains that his medical needs have not been met. Vacaville is located in Solano County, which falls in the venue of the Eastern District of California. See 28 U.S.C. § 84(b).

Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial

Order of Transfer
N:\Pro - Se\williams4554transfervaca.wpd

part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a).

Plaintiff's claims arise out of actions or omissions which took place at CMF, allegedly by CMF officials. As CMF falls within the venue of the Eastern District of California, in the interest of justice, this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. In light of this transfer, this Court shall defer to the Eastern District with respect to plaintiff's application to proceed in forma pauperis.

The clerk shall close the file and terminate Docket No. 2 on this Court's docket.

DATED:     5/18/2007

JAMES WARE
United States District Judge

Order of Transfer
N:\Pro - Se\williams4554transfervaca.wpd                2